The People of the State of New York, Respondent, v. Fred W. Kerr, Appellant, Impleaded with Max Schneider and Joseph Levin, Defendants. — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Joseph Rucchio and Another, Respondents, v. The Ruth Realty Company and Others, Defendants, Impleaded with Progress Gas Fixture Company and Knickerbocker Mantel Company, Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Thomas F. Smith, Respondent, v. Anthony J. Taranto, Appellant. — Order affirmed, without costs, on plaintiff filing an undertaking in the sum of $250 within ten days after the service of copy of order to be entered herein, with notice of entry; but if such undertaking should not be so filed, the order is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

---

FIRST DEPARTMENT, OCTOBER, 1913.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Cruger Avenue, Holland Avenue and Maple Street.

*Appeal — failure to prosecute — dismissal — New York city street opening proceeding.*

Application to dismiss an appeal from an order confirming a report of commissioners of estimate and assessment.

PER CURIAM: The order appealed from was entered on March 10, 1913, appeal taken March 14, 1913, and time to file papers extended to April eighteenth, when what purported to be the case on appeal was served. Under section 988 of the New York charter,* as amended by chapter 658 of the Laws of 1906, an appeal taken in one of these proceedings and not prosecuted within six months, unless time for prosecution of the appeal be extended by the court, shall be declared abandoned. The provision is mandatory and the court has no power to disregard it. (*Matter of Pier (Old) No. 51,* 151 App. Div. 659.) The motion should be granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Motion to dismiss appeal granted, with ten dollars costs.

---

* Laws of 1901, chap. 466.— [REP.